IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAWN CONLEY,

    Petitioner,                  No.  2:11-cv-00126 LKK DAD P

    vs.

L.S. McEWEN,

    Respondent.               ORDER

_____/

        This petition for writ of habeas corpus was dismissed on January 29, 2013.  On March 11, 2013, petitioner filed letter directed to the Clerk of the Court concerning his request for copies of two documents (Docs. No. 27 & 28) he filed with the court.  The Clerk of the Court informed petitioner that he would have to pay $0.50 per page for the requested copies.  Petitioner is advised that in forma pauperis status does not include an entitlement to receive free copies of documents filed with the court.  Under 28 U.S.C. § 2250, the Clerk is not required to furnish copies without cost to an indigent petitioner except by order of the judge.  It is petitioner's responsibility to maintain copies of documents he has filed with the court.  Also, the court notes that although petitioner apparently did not have the copies of the documents he now seeks, petitioner was able to file his appeal, and the U.S. Court of Appeals has access to the entire record in this action.

1

1            Accordingly, petitioner's March 11, 2013 request for copies of court documents
2   (Doc. No. 38) is denied and any further documents filed by petitioner with this court since the
3   closing date will be disregarded and no orders will issue in response to future filings.
4   DATED: March 18, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
conl126.158